UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | | |
|---|---|---|
| CHRISTOPHER WAYNE AYCOCK | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:22-CV-527-FL |
| JIMMY L. LOVE, JR., 11th District Court | ) | |
| Judge, NC, LEON A. LUCAS, | ) | |
| J. FRANKLIN WOOD, JR., 11th District | ) | |
| Court Judge, NC | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on April 5, 2023, and Copies To:**
Christopher Wayne Aycock (via US mail) 439 W.C. Braswell Road, Selma, NC 27576

April 5, 2023                    PETER A. MOORE, JR., CLERK


                                   /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk